1026

No. 87–650.  NIXON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–651.  FAKHOURY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 87–656.  NELSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–668.  CHELSEA LABORATORIES, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 87–675.  JOHNSTON v. MAKOWSKI, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–680.  MILLER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–692.  STARK v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 87–693.  OWEN v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 87–742.  SELIGMAN & ASSOCIATES, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 87–792.  EDEN SERVICES ET AL. v. RYKO MANUFACTURING CO.  C. A. 8th Cir.  Certiorari denied.

No. 87–800.  RICHIE, INDIVIDUALLY AND DBA BROCKMAN MUSIC, ET AL. v. THOMPSON.  C. A. 9th Cir.  Certiorari denied.

No. 87–804.  BEASON v. BOARD OF SCHOOL DIRECTORS OF THE CITY OF MILWAUKEE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–813.  BRANDT ET AL., DBA BRANDT CONSTRUCTION CO. v. UPTOWN NATIONAL BANK OF MOLINE.  C. A. 7th Cir.  Certiorari denied.

No. 87–816.  JOAN G. v. ORANGE COUNTY SOCIAL SERVICES AGENCY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.